___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 21 2006  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WASHINGTON RESEARCH FOUNDATION, a Washington Corporation,<br>Plaintiff,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL COMPANY, LIMITED, a Japanese Corporation; PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation; SAMSUNG ELECTRONICS COMPANY, LIMITED, a Japanese Corporation; SAMSUNG ELECTRONICS AMERICA, INCORPORATED, a New York Corporation; NOKIA CORPORATION, a Japanese Corporation; NOKIA INCORPORATED, a Delaware Corporation, | NO. C 06-1813 TSZ<br><br>COMPLAINT<br><br><br>06-CV-01813-CMP |

Plaintiff Washington Research Foundation complains against defendants Matsushita Electric Industrial Company, Limited and Panasonic Corporation of North America (collectively, "Panasonic"); Samsung Electronics Company, Limited and Samsung Electronics America, Incorporated (collectively, "Samsung"); Nokia Corporation and Nokia Incorporated (collectively, "Nokia") as follows:

COMPLAINT - 1

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899

1. This action arises under the Patent Laws of the United States, 35 United States Code. This Court has jurisdiction of this action under 28 U.S.C. § 1338(a).

2. Washington Research Foundation is a nonprofit, Washington State 501(c)(3) corporation based in Seattle, Washington. Washington Research Foundation was founded in 1981 to assist universities and other nonprofit research institutions in the State of Washington with commercialization of their technologies and to provide support, through gifts and grants, for scholarship and research. Washington Research Foundation is an independent private foundation whose operational revenue comes from retained funds from licensing and investing activities. Washington Research Foundation has made gifts and licensing disbursements to the University of Washington totaling more than $150 million thus providing a substantial return on investment to the taxpayer whose dollars support this institution.

3. Washington Research Foundation has benefited Washington State research institutions by licensing a variety of technologies to industry, including the basis for hepatitis B virus vaccine, blood clotting factors, recombinant insulin, and wireless technology supporting the "Bluetooth" protocol. The gifts from the Washington research Foundation have supported the creation of over 100 endowments for chairs, professorships, research fellowships and graduate stipends in science, medicine and engineering all at reduced or no cost to the taxpayer. Educational programs created and supported by the Washington Research Foundation include the Center for Technology Entrepreneurship (University of Washington Business School) and the Program for Technology Commercialization (University of Washington Bioengineering) all of which substantially benefit society and improve the human condition. The Washington Research Foundation was a founding supporter of technology "gap" funding programs at the University of Washington, the Fred Hutchinson Cancer Research Center, and Washington State University.

COMPLAINT - 2

4.  The University of Washington is the assignee of a portfolio of patents duly and legally issued to Edwin A. Suominen for the inventions claimed therein, and relating to radio frequency (RF) receiver technology, including certain RF receiver technology used in that wireless data communication system known commercially as "Bluetooth® technology." Relevant issued patents include (collectively, the "Subject Patents):

- U.S. Patent 5,937,341, titled "Simplified High Frequency Broadband Tuner and Tuning Method," filed September 13, 1996 and issued August 10, 1999;

- U.S. Patent 6,427,068, filed May 24, 1999 as a division of the '341 Patent, issued July 30, 2002;

- U.S. Patent 6,631,256, filed October 27, 2001 as a continuation of the '068 Patent, issued October 7, 2003; and

- U.S. Patent 7,116,963, filed August 25, 2003 as a continuation of the '256 Patent, issued October 3, 2006 (the "Asserted Patent").

The University of Washington is also the assignee of a portfolio of patent applications naming Edwin A. Suominen as inventor relating to radio frequency (RF) receiver technology, including certain RF receiver technology used in wireless data communication systems known commercially as "Bluetooth® technology." The relevant pending applications include (collectively, the "Subject Applications"):

- SN 11/154,272, filed June 15, 2005 as a continuation of SN10/649,305 (now issued as the '963 Patent); and

- SN 11/510,480, filed August 23, 2006, as a continuation of SN10/649,305.

Mr. Suominen assigned all right, title and interest in the Subject Patents and Applications to the University of Washington, including the right to sue for past damages. The University of Washington, in turn, exclusively licensed the Subject Patents and Applications to the Washington Research Foundation to include in its patent licensing program and, if necessary, to enforce in the name of the Washington Research Foundation all rights available in

COMPLAINT - 3

law and equity under the Subject Patents and Applications including the right to sue and collect for past infringement.

5. Defendant Matsushita Electric Industrial Company, Limited is a corporation established under the laws of Japan and based in Osaka, Japan. Defendant Panasonic Corporation of North America is a corporation established under the laws of the State of Delaware and based in the United States, and is a wholly owned subsidiary of Matsushita Electric Industrial Company, Limited. Matsushita Electric Industrial Company, Limited including through its subsidiary Panasonic Corporation of North America, manufactures and sells electronic devices such as personal computers, cell phones and wireless headsets, including selling or offering to sell such devices (including the accused devices) within this judicial district and by conducting other business within this judicial district or elsewhere in the United States that impacts this jurisdiction.

6. Defendant Samsung Electronics Company, Limited is a corporation established under the laws of Japan and based in Osaka, Japan. Defendant Samsung Electronics America, Incorporated is a corporation established under the laws of the State of New York and based in the United States, and is a wholly owned subsidiary of Samsung Electronics Company, Limited. Samsung Electronics Company, Limited, including through its subsidiary Samsung Electronics America, Inc., manufactures and sells electronic devices such as wireless headsets, including selling or offering to sell such devices (including the accused devices) within this judicial district and by conducting other business within this judicial district or elsewhere in the United States that impacts this jurisdiction.

7. Defendant Nokia Corporation is a corporation established under the laws of Finland and based in Espoo, Finland. Defendant Nokia Incorporated is a corporation established under the laws of the State of Delaware and based in the United States, and is a wholly owned subsidiary of Nokia Corporation. Nokia Corporation, including through its subsidiary Nokia Inc., manufactures and sells electronic devices such as cell phones and wireless headsets,

COMPLAINT - 4

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899

including selling or offering to sell such devices (including the accused devices) within this judicial district and by conducting other business within this judicial district or elsewhere in the United States that impacts this jurisdiction.

8. Defendants have manufactured, used, imported into the United States, sold and offered for sale devices which, or the use of which, infringes at least the '963 Patent.. In particular, Defendants' products containing certain Bluetooth® chipsets manufactured by companies other than Washington Research Foundation's licensee, Broadcom Corp., and specifically those manufactured by CSR plc ("CSR"), or the use thereof, infringe claims of at least the '963 Patent, including without limitation claims 3, 7, 10, 17, 18, 59, and 61.

9. Defendants' inclusion of chipsets that enable Bluetooth® technology in their products significantly increases the sales price and revenue associated with those "Bluetooth®-enabled" products. For example, communication headsets, cell phones and other devices that are Bluetooth®-enabled carry a significantly higher retail price, and generate more revenue, per item as compared to their counterparts that are not Bluetooth®-enabled. In addition, at least the wireless headset products that are Bluetooth®-enabled and sold by Defendants have no substantial non-infringing use.

10. Washington Research Foundation gave written notice to Defendants of the Subject Patents and Applications, and of Defendants' infringement thereof. In particular, Washington Research Foundation's initial notice to Defendants' focused on claims of the '256 Patent. Subsequent correspondence with Defendants additionally focused on then-pending claims that ultimately issued in the '963 Patent. In response to Washington Research Foundation's notice letters and infringement assertions sent to other manufacturers of Bluetooth®-enabled products, one major manufacturer of chipsets used to enable Bluetooth® technology, Broadcom Corp., entered into a license agreement with Washington Research Foundation. That license agreement provides all of Broadcom's customers and users of its

COMPLAINT - 5

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899

Bluetooth® chipsets a license to Washington Research Foundation's Subject Patents and Applications.

11. The Washington Research Foundation informed each of the Defendants that Broadcom had acquired a license under the Subject Patents and Applications, and that such license extended to Broadcom's customers using Broadcom's Bluetooth® chipsets. Washington Research Foundation therefore does not assert infringement herein with regard to any of Defendants' products that use only Broadcom's licensed chipsets to enable Bluetooth® technology. Thus, as a result of the Broadcom license, each of the Defendants has an option to avoid infringement of the Subject Patents and Applications by purchasing Bluetooth® chipsets from Broadcom, an approved licensee of the Washington Research Foundation.

12. Since at least the issuance of at least the Asserted Patent, Defendants have infringed, induced or contributed to the infringement of the Asserted Patent, in violation of 35 U.S.C. § 271, with resultant damage to Washington Research Foundation, in an amount to be proven at trial.

13. Thus, Defendants, with actual knowledge of the Subject Patents and Applications, and without lawful justification, willfully and deliberately infringed at least the Asserted Patent.

**WHEREFORE, WASHINGTON RESEARCH FOUNDATION PRAYS FOR:**

(a) Judgment on the Complaint that Defendants, and each of them, have infringed, contributed to the infringement of, or actively induced others to infringe at least U.S. Patent 7,116,963;

(b) That a permanent injunction be issued enjoining and restraining Defendants, and each of them, and their officers, directors, agents, servants, employees, attorneys, licensees, successors, assigns, and those in active concert and participation with them, and each of them, from making, using, selling, offering for sale, or importing any products which fall within the

COMPLAINT - 6

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899

scope of any or all claims of at least the Asserted Patent, and from inducing or contributing to the infringement of any such claims by others;

    (c)    An award of damages against Defendants, and each of them, adequate to compensate Washington Research Foundation for past infringement of at least the Asserted Patent, together with interest and costs as fixed by the Court, such damages to be trebled because of the willful and deliberate character of the infringement;

    (d)    Judgment that this case is "exceptional" in the sense of 35 U.S.C. § 285, and that Washington Research Foundation is entitled to an award of its reasonable attorneys' fees in the prosecution of this action; and

    (e)    Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes a demand for a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure as to all issues in this lawsuit.

RESPECTFULLY SUBMITTED this 20th day of December 2006.

BLANK LAW & TECHNOLOGY P.S.

By: _____
C. Dean Little, WSBA No. 1269
Jonathan Yeh, WSBA No. 32734
Local Counsel for Plaintiff

*Pro Hac Vice* (Applications Pending):

VICTORIA GRUVER CURTIN, P.L.C.

By: _____
Victoria Gruver Curtin, Arizona Bar No. 010897
14555 North Scottsdale Rd, Ste. 160
Scottsdale, Arizona 85254
Tel.: (480) 998-3547
Fax: (480) 596-7956
Counsel for Plaintiff

COMPLAINT - 7

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899

Steven G. Lisa
(Illinois Bar No. 6187348)
LAW OFFICES OF STEVEN G. LISA, LTD.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel & Fax: (312) 752-4357
Counsel for Plaintiff


Gerald D. Hosier
(Nevada Bar No. 5023)
8904 Canyon Springs Drive
LasVegas, NV 89117
Tel.: 702-256-8904
Fax: 702-256-8967
Counsel for Plaintiff

COMPLAINT - 8

BLANK Law & Technology P.S.
2001 Western Avenue, Suite 250
Seattle, WA 98121
Phone: (206) 256-9699
Fax: (206) 256-9899