The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON RESEARCH FOUNDATION,<br><br>    Plaintiff and Defendant in Intervention,<br><br>    v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL COMPANY, LTD.; PANASONIC CORP. OF NORTH AMERICA; SAMSUNG ELECTRONICS COMPANY, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; NOKIA CORP.; NOKIA INC.; APPLE INC.; DELL INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH INC.; MOTOROLA, INC.; PLANTRONICS, INC.; SONY CORP.; SONY CORP. OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.; WAFERTECH, LLC,<br><br>    Defendants,<br><br>    and<br><br>CSR plc,<br><br>    Plaintiff in Intervention. | No. 2:06-cv-01813-TSZ<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>April 30, 2007 |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

## I.   STIPULATION

WHEREAS, Washington Research Foundation ("WRF") and CSR plc ("CSR") have agreed to settle all claims relating to CSR's allegations that U.S. Patent 7,116,963 ("the '963 Patent") is invalid and that CSR does not infringe the '963 Patent, and WRF's claims that CSR infringes the '963 Patent and U.S. Patent 6,631,256 ("the '256 Patent") and WRF's claims that defendants Matsushita Electric Industrial Company, Limited, Panasonic Corporation Of North America, Samsung Electronics Company, Limited, Samsung Electronics America, Incorporated, Nokia Corporation, Nokia Incorporated, Apple Inc., Dell Inc., Logitech International S.A., Logitech Inc., Motorola, Inc., Plantronics, Inc., Sony Corporation, Sony Corporation Of America, Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA) Inc., Toshiba Corporation, Toshiba America, Inc., and Wafertech, LLC (collectively, the "Defendants") infringe the '963 patent and the '256 Patent by their manufacture, use, sale, offer for sale, or importation into the United States of CSR's products;

WHEREAS, CSR and WRF have entered into a Settlement and Licensing Agreement, which became effective within three days prior to the filing date of this Stipulation;

NOW THEREFORE, in accordance with Federal Rule of Civil Procedure 41, CSR and WRF hereby stipulate, by and through their respective undersigned counsel of record, to the following:

1.   In accordance with the terms of the Settlement and Licensing Agreement, all of WRF's claims against CSR in the present action are herby dismissed with prejudice.

2.   All of CSR's claims against WRF in the present action are hereby dismissed with prejudice.

3.   All of WRF's claims against each Defendant to this action are dismissed with prejudice as to CSR's products to the extent any alleged infringement is premised on

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

1 the presence, inclusion or use of a CSR product, and without prejudice as to any other

2 claims against such Defendants.

3     4.    WRF and CSR shall each bear its own fees and costs in connection with this

4 action.

6 Dated: April 30, 2007            Respectfully submitted,
**BLANK LAW & TECHNOLOGY P.S.**     **YARMUTH WILSDON CALFO PLLC**

By: /s/ *C. Dean Little*                  By: /s/ *Scott T. Wilsdon*
   C. Dean Little                           Scott T. Wilsdon, WSBA No. 20608
   Jonathan Yeh                          Jeremy E. Roller, WSBA No. 32021
2001 Western Avenue Suite 250       925 Fourth Avenue, Suite 2500
Seattle, Washington 98121             Seattle, WA  98104
Phone:  206.256.9699                 Phone: 206.516.3800
Fax:      206.256.9899                  Fax:      206.516.3888
                                               Email: wilsdon@yarmuth.com
**VICTORIA GRUVER CURTIN, P.L.C.**           jroller@yarmuth.com
Victoria Gruver Curtin
14555 North Scottsdale Rd, Ste. 160
Scottsdale, Arizona  85254             **FISH & RICHARDSON P.C.**
Phone:  480.998.3547
Fax:      480.596.7956

By: /s/ *Ruffin B. Cordell*
**LAW OFFICES OF STEVEN G. LISA,**    Ruffin B. Cordell (*pro hac vice*)
**LTD.**                                        Jennifer Towle (*pro hac vice*)
Steven G. Lisa                       1425 K St. NW, 11th Floor
55 West Monroe Street, Suite 3200      Washington, DC  20005
Chicago, Illinois   60603                Phone: 202.783.5070
Phone & Fax:  312.752.4357           Fax:     202.783.2331
                                            Email: cordell@fr.com
Gerald D. Hosier                          towle@fr.com
8904 Canyon Springs Drive
Las Vegas, NV   89117                  Gilbert Hennessey (*pro hac vice*)
Phone:  702.256.8904                  Jeffery Barclay (*pro hac vice*)
Fax:      702.256.8967                 225 Franklin St.
                                            Boston, MA  02110
Attorneys for Plaintiff WRF             Phone: 617.542.5070
                                            Fax:      617.542.8906
                                            Email: hennessey@fr.com
                                                 barclay@fr.com

Attorneys for Plaintiff in Intervention CSR plc

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ – Page 3

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

|   |   |
|---|---|
| 1 | **II.     ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | Dated this _____ day of _____, 2007. |

_____
The Honorable Thomas S. Zilly
United States District Judge

Presented by,

| YARMUTH WILSDON CALFO PLLC | FISH & RICHARDSON P.C. |
|---|---|
| By: /s/ *Scott T. Wilsdon* | By: /s/ *Ruffin B. Cordell* |
| Scott T. Wilsdon, WSBA No. 20608 | Ruffin B. Cordell (*pro hac vice*) |
| Jeremy E. Roller, WSBA No. 32021 | Jennifer Towle (*pro hac vice*) |
| 925 Fourth Avenue, Suite 2500 | 1425 K St. NW, 11th Floor |
| Seattle, WA 98104 | Washington, DC 20005 |
| Phone: 206.516.3800 | Phone: 202.783.5070 |
| Fax: 206.516.3888 | Fax: 202.783.2331 |
| Email: wilsdon@yarmuth.com | Email: cordell@fr.com |
|        jroller@yarmuth.com |        towle@fr.com |
| Attorneys for Plaintiff in Intervention CSR plc | Gilbert Hennessey (*pro hac vice*) |
|  | Jeffery Barclay (*pro hac vice*) |
|  | 225 Franklin St. |
|  | Boston, MA 02110 |
|  | Phone: 617.542.5070 |
|  | Fax: 617.542.8906 |
|  | Email: hennessey@fr.com |
|  |        barclay@fr.com |
|  | Attorneys for Plaintiff in Intervention CSR plc |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ – Page 4

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

466.01 hd301501