The Honorable Thomas S. Zilly

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 9 - 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON RESEARCH FOUNDATION, | No. 2:06-cv-01813-TSZ |
| Plaintiff and Defendant in Intervention, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| MATSUSHITA ELECTRIC INDUSTRIAL COMPANY, LTD.; PANASONIC CORP. OF NORTH AMERICA; SAMSUNG ELECTRONICS COMPANY, LTD; SAMSUNG ELECTRONICS AMERICA, INC.; NOKIA CORP.; NOKIA INC.; APPLE INC.; DELL INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH INC.; MOTOROLA, INC.; PLANTRONICS, INC.; SONY CORP.; SONY CORP. OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.; WAFERTECH, LLC, | NOTE ON MOTION CALENDAR: April 30, 2007 |
| Defendants, | |
| and | |
| CSR plc, | 06-CV-01813-ORD |
| Plaintiff in Intervention. | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

## I. STIPULATION

WHEREAS, Washington Research Foundation ("WRF") and CSR plc ("CSR") have agreed to settle all claims relating to CSR's allegations that U.S. Patent 7,116,963 ("the '963 Patent") is invalid and that CSR does not infringe the '963 Patent, and WRF's claims that CSR infringes the '963 Patent and U.S. Patent 6,631,256 ("the '256 Patent") and WRF's claims that defendants Matsushita Electric Industrial Company, Limited, Panasonic Corporation Of North America, Samsung Electronics Company, Limited, Samsung Electronics America, Incorporated, Nokia Corporation, Nokia Incorporated, Apple Inc., Dell Inc., Logitech International S.A., Logitech Inc., Motorola, Inc., Plantronics, Inc., Sony Corporation, Sony Corporation Of America, Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA) Inc., Toshiba Corporation, Toshiba America, Inc., and Wafertech, LLC (collectively, the "Defendants") infringe the '963 patent and the '256 Patent by their manufacture, use, sale, offer for sale, or importation into the United States of CSR's products;

WHEREAS, CSR and WRF have entered into a Settlement and Licensing Agreement, which became effective within three days prior to the filing date of this Stipulation;

NOW THEREFORE, in accordance with Federal Rule of Civil Procedure 41, CSR and WRF hereby stipulate, by and through their respective undersigned counsel of record, to the following:

1. In accordance with the terms of the Settlement and Licensing Agreement, all of WRF's claims against CSR in the present action are herby dismissed with prejudice.

2. All of CSR's claims against WRF in the present action are hereby dismissed with prejudice.

3. All of WRF's claims against each Defendant to this action are dismissed with prejudice as to CSR's products to the extent any alleged infringement is premised on

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

1  the presence, inclusion or use of a CSR product, and without prejudice as to any other
2  claims against such Defendants.
3      4.    WRF and CSR shall each bear its own fees and costs in connection with this
4  action.

| | |
|---|---|
| Dated: April 30, 2007<br>**BLANK LAW & TECHNOLOGY P.S.**<br><br>By: */s/ C. Dean Little*<br>   C. Dean Little<br>   Jonathan Yeh<br>2001 Western Avenue Suite 250<br>Seattle, Washington 98121<br>Phone: 206.256.9699<br>Fax:   206.256.9899<br><br>**VICTORIA GRUVER CURTIN, P.L.C.**<br>Victoria Gruver Curtin<br>14555 North Scottsdale Rd, Ste. 160<br>Scottsdale, Arizona 85254<br>Phone: 480.998.3547<br>Fax:   480.596.7956<br><br>**LAW OFFICES OF STEVEN G. LISA, LTD.**<br>Steven G. Lisa<br>55 West Monroe Street, Suite 3200<br>Chicago, Illinois 60603<br>Phone & Fax: 312.752.4357<br><br>Gerald D. Hosier<br>8904 Canyon Springs Drive<br>Las Vegas, NV 89117<br>Phone: 702.256.8904<br>Fax:   702.256.8967<br><br>Attorneys for Plaintiff WRF | Respectfully submitted,<br>**YARMUTH WILSDON CALFO PLLC**<br><br>By: */s/ Scott T. Wilsdon*<br>   Scott T. Wilsdon, WSBA No. 20608<br>   Jeremy E. Roller, WSBA No. 32021<br>925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104<br>Phone: 206.516.3800<br>Fax:   206.516.3888<br>Email: wilsdon@yarmuth.com<br>       jroller@yarmuth.com<br><br>**FISH & RICHARDSON P.C.**<br><br>By: */s/ Ruffin B. Cordell*<br>   Ruffin B. Cordell (*pro hac vice*)<br>   Jennifer Towle (*pro hac vice*)<br>1425 K St. NW, 11th Floor<br>Washington, DC 20005<br>Phone: 202.783.5070<br>Fax:   202.783.2331<br>Email: cordell@fr.com<br>       towle@fr.com<br><br>   Gilbert Hennessey (*pro hac vice*)<br>   Jeffery Barclay (*pro hac vice*)<br>225 Franklin St.<br>Boston, MA 02110<br>Phone: 617.542.5070<br>Fax:   617.542.8906<br>Email: hennessey@fr.com<br>       barclay@fr.com<br><br>Attorneys for Plaintiff in Intervention CSR plc |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ   Page 3

**YARMUTH WILSDON CALFO PLLC**
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
t 206.516.3800  F 206.516.3888

## II. ORDER

IT IS SO ORDERED.

Dated this 2nd day of May, 2007.

_____
The Honorable Thomas S. Zilly
United States District Judge

Presented by,

YARMUTH WILSDON CALFO PLLC

By: /s/ Scott T. Wilsdon
    Scott T. Wilsdon, WSBA No. 20608
    Jeremy E. Roller, WSBA No. 32021
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: 206.516.3800
Fax:    206.516.3888
Email: wilsdon@yarmuth.com
         jroller@yarmuth.com

Attorneys for Plaintiff in Intervention CSR plc

FISH & RICHARDSON P.C.

By: /s/ Ruffin B. Cordell
    Ruffin B. Cordell (*pro hac vice*)
    Jennifer Towle (*pro hac vice*)
1425 K St. NW, 11th Floor
Washington, DC 20005
Phone: 202.783.5070
Fax:    202.783.2331
Email: cordell@fr.com
         towle@fr.com

    Gilbert Hennessey (*pro hac vice*)
    Jeffery Barclay (*pro hac vice*)
225 Franklin St.
Boston, MA 02110
Phone: 617.542.5070
Fax:    617.542.8906
Email: hennessey@fr.com
         barclay@fr.com

Attorneys for Plaintiff in Intervention CSR plc

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
NO. 2:06-cv-01813-TSZ – Page 4

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

466.01 hd301501